# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

| | |
|---|---|
| ESTEBAN RAMIREZ, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>MIDLAND CREDIT MANAGEMENT, INC.,<br><br>    Defendant. | Case No. 1:20-cv-00106 |

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff, Esteban Ramirez, and Defendant, Midland Credit Management, Inc., through their respective counsel and pursuant to confidential settlement terms that the above-captioned case be dismissed with prejudice as to Plaintiff's individual claims. The claims of the putative class members shall be dismissed without prejudice. Each party shall bear its own costs and attorneys' fees.

DATED: June 9, 2021

/s/ James C. Vlahakis
James C. Vlahakis, Esq.
Sulaiman Law Group, Ltd.
2500 S. Highland Ave., Ste. 200
Lombard, Illinois 60148
Phone: (630) 575-8181
Fax: (630) 575-8188
jvlahakis@sulaimanlaw.com
**COUNSEL FOR PLAINTIFF**

Respectfully submitted,

/s/ Jeffrey D. Anderson (with consent)
Jeffrey D. Anderson
S.D. Admission No. 2338755
Texas Bar No. 24087100
jeffrey.anderson@hklaw.com
1100 Louisiana Street, Suite 4300
Houston, TX 77002
Telephone: (713) 821-7000
Facsimile: (713) 821-7001
**COUNSEL FOR DEFENDANT**

## **CERTIFICATE OF SERVICE**

    I hereby certify that I today caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system which will be sent to all attorneys of record.

        */s/ James C. Vlahakis*
        James C. Vlahakis