United States District Court
Southern District of Texas
**ENTERED**
June 10, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ESTEBAN RAMIREZ, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 1:20-CV-106 |
| | § | |
| MIDLAND CREDIT MANAGEMENT INC., | § | |
| | § | |
| Defendant. | § | |

## **ORDER**

On June 9, 2021, the parties filed a joint stipulation of dismissal with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(I)(A)(ii). (Doc. 24) Except as provided by any settlement agreement, each party shall bear its own fees and costs. The Joint Stipulation dismisses this action without court order.

The Clerk of Court is directed to close this matter.

Signed on June 10, 2021.

*Fernando Rodriguez, Jr.*
Fernando Rodriguez, Jr.
United States District Judge